# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 104

State of North Dakota,　　　　　　　　　　　　　　Plaintiff and Appellee

v.

Wesley Lawrence Alinder,　　　　　　　　　　　Defendant and Appellant

### No. 20230350

Appeal from the District Court of Ransom County, Southeast Judicial District, the Honorable Nicholas D. Thornton, Judge.

AFFIRMED.

Per Curiam.

Fallon M. Kelly, State's Attorney, Lisbon, ND, for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant.

**State v. Alinder**
**No. 20230350**

**Per Curiam.**

[¶1]    Wesley Alinder appeals a criminal judgment entered after a jury found him guilty of aggravated reckless driving.

[¶2]    Alinder argues his conviction was not supported by sufficient evidence. After reviewing the record, we conclude sufficient evidence existed for a jury to draw a reasonable inference that Alinder committed the charged offense. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶3]    Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr